AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Martha Fox | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 14-CV-2606   JAR-KMH |
| | )<br>)<br>) |
| Pittsburg State University | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pittsburg State University
Serve:
Steve Scott, President
Pittsburg State University
1701 South Broadway
Pittsburg, Kansas 66762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matt J. O'Laughlin
Holman Schiavone, LLC
4600 Madison Avenue, Suite
Kansas City, Missouri 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   12/02/2014

s/Tami Anthony
*Signature of Clerk or Deputy Clerk*
TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jaime Dalton, Assitant to the Pres.__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Pittsburg State University__
_____ on *(date)* __12-9-2014__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12-09-2014__

　　　　　　　　　　　　　　__Betty Johnson__
　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　__Betty Johnson__
　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　__711 S. Jefferson, Webb City, MO 64870__
　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: