# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTHA FOX, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Case No. 14-CV-2606 |
| | ) |
| PITTSBURG STATE UNIVERSITY, | ) |
| | ) |
|         Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW, M.J. Willoughby, Assistant Attorney General, and hereby enters her appearance as co-counsel of record for Defendant Pittsburg State University.

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        DEREK SCHMIDT

        s/M.J. Willoughby
        M.J. Willoughby, No. 14059
        Assistant Attorney General
        Memorial Bldg., 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Tel:  (785) 296-2215
        Fax:  (785) 291-3767
        Email:  mj.willoughby@ag.ks.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of December, 2014, the above and foregoing Entry of Appearance was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

Amy P. Maloney                    amaloney@hslawllc.com,
*Counsel for Plaintiff*

Matthew J. O'Laughlin             molaughlin@hslawllc.com
*Counsel for Plaintiff*

Whitney L. Casement               whitney.casement@ag.ks.gov
*Lead Counsel for Defendant*

                                              s/M.J. Willoughby
                                              M.J. Willoughby