IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTHA FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-2606-JAR-KGG |
| ) | |
| PITTSBURG STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT PITTSBURG STATE UNIVERSITY'S
## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
## AS TO TITLE IX CLAIM

As per Fed. R. Civ. P. 50(b), Defendant Pittsburg State University (PSU), through Assistant Attorneys General Whitney L. Casement and M.J. Willoughby, renews its motion for judgment as a matter of law as to the Plaintiff's claim against PSU pursuant to Title IX.

Plaintiff's Title IX claim fails as a matter of law because Plaintiff's Title IX claim is preempted under Title VII. Further, Plaintiff's claim is not within Title IX in any event because she was not subjected to discrimination in any education program or activity receiving Federal financial assistance as required by 20 U.S.C. § 1681(a); nor was she excluded from participation in or denied the benefits of an educational opportunity or benefit of Pittsburg State University. Custodial employment is not within Title IX's coverage, even assuming that Title IX creates a private right of action by an employee for damages against a sovereign entity such as Pittsburg State University, an entity of the State of Kansas, which it does not as a matter of law. Even assuming a cause of action exists, Plaintiff failed to meet Title IX's stringent requirements as a matter of law.

.       As per D. Kan. 7.1, a memorandum in support of the motion is submitted herewith.

1

For the reasons elaborated upon in the supporting memorandum, Defendant Pittsburg State University respectfully requests that its renewed motion for judgment as a matter of law be granted by the Court and that it receive such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        DEREK SCHMIDT

        /s/ *M.J. Willoughby*
        Whitney L. Casement, No. 25466
        M.J. Willoughby, No. 14059
        Assistant Attorneys General
        Memorial Bldg., 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Tel: (785) 296-2215
        Fax: (785) 291-3767
        whitney.casement@ag.ks.gov
        mj.willoughby@ag.ks.gov

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of November, 2016 the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

Amy P. Maloney        amy@workandschoollaw.com
*Counsel for Plaintiff*

Matthew J. O'Laughlin        matt@workandschoollaw.com
*Counsel for Plaintiff*

        /s/ *M.J. Willoughby*
        M.J. Willoughby, No. 14059
        Assistant Attorney General

2