## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARTHA FOX,

    Plaintiff,

v.

            Case No.  14-CV-2606

PITTSBURG STATE UNIVERSITY,

    Defendant.

### PLAINTIFF'S MOTION TO ALTER OR AMEND
### THE JUDGMENT FOR ATTORNEY'S FEES AND COSTS

  Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 59(e), Fed. R. Civ. P. 54, and D. Kan. Local Rule 54, hereby moves this Court for an order altering or amending the judgment entered in this matter (Doc. 197) to include an award of attorney's fees in the amount of $225,270.50 and costs in the amount of $7,910.72, pursuant to 42 U.S.C. § 2000e-5(k), 42 U.S.C. § 1988, and 28 U.S.C. § 1920.

  WHEREFORE, for the reasons given in the Memorandum in Support of this motion, Plaintiff respectfully requests that her Motion to Alter or Amend the Judgment for Attorney's Fees and Costs be granted, and for such other orders as this Court deems just and proper.

Respectfully submitted,

MALONEY O'LAUGHLIN, LLC

By: /s/  *Matt J. O'Laughlin*
      Matt J. O'Laughlin, Mo. 54025; Ks. 24789
      Amy P. Maloney,   Mo. 48936; Ks. 20415
      Two Pershing Square
      2300 Main Street, Ste. 900
      Kansas City, Missouri 64108
      Telephone: 816.444.4655
      Fax: 816.448.3801
      amy@workandschoollaw.com
      matt@workandschoollaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs hereby certifies that the foregoing was served via the ECF filing system on this 31st day of October 2016, to the following:

Whitney L. Casement
M.J. Willoughby
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
whitney.casement@ag.ks.gov
mj.willoughby@ag.ks.gov

Attorneys for Defendant

      /s/  *Matt J. O'Laughlin*